IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No.  05-cv-00375-REB-BNB  Date: December 9, 2005
Courtroom Deputy: Geneva D. Mattei  FTR BNB COURTROOM A-401

QWEST CORPORATION,  Jennifer Miner
 Steven Perfrement
   Plaintiff,

v.

AT&T CORP., et al  David Scheffman
 Jane Michaels
   Defendants.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:  1:37 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:  Plaintiff's motion to compel(11/14/05 #32) is GRANTED IN PART AND DENIED IN PART as stated on the record. Supplemental responses due on or before January 9, 2006.**

Court in Recess  2:27 p.m.

Hearing concluded.

Total In-Court Time:  00:50