IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00375-REB-BNB

QWEST CORPORATION,

Plaintiff,

v.

AT&T CORP.
AT&T COMMUNICATIONS, INC.,
AT&T COMMUNICATIONS OF THE PACIFIC NORTHWEST, INC.,
AT&T COMMUNICATIONS OF THE MIDWEST, INC.,
AT&T COMMUNICATIONS OF THE MOUNTAIN STATES, INC., and
AT&T COMMUNICATIONS OF THE SOUTHWEST, INC.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Motion to Compel** (the "Motion"), filed November 11, 2005. I held a hearing on the Motion on December 9, 2005, and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART, as follows:

GRANTED with respect to Interrogatories No. 5, 6, and 7;

DENIED AS MOOT with respect to Interrogatory No. 1; and

DENIED in all other respects.

IT IS FURTHER ORDERED that the defendants shall provide supplemental discovery responses consistent with this order on or before **January 9, 2006**.

Dated December 13, 2005.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge