**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00375-REB-PAC

QWEST CORPORATION,

    Plaintiff,

v.

AT&T CORP.,
AT&T COMMUNICATIONS, INC.,
AT&T COMMUNICATIONS OF THE PACIFIC NORTHWEST, INC.,
AT&T COMMUNICATIONS OF THE MIDWEST, INC.,
AT&T COMMUNICATIONS OF THE MOUNTAIN STATES, INC., and
AT&T COMMUNICATIONS OF THE SOUTHWEST, INC.,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    This matter is before me on the Recommendation of the United States Magistrate Judge [#49], filed February 28, 2006.  The Magistrate Judge recommends that the deadline for the filing of Rule 702 motions be extended to and including August 30, 2006.  The parties filed an Unopposed Motion to Amend Scheduling Order and Trial Preparation Conference Order [#48] on February 23, 2006.

    **THEREFORE, IT IS ORDERED as follows:**

    1.  That the Recommendation of the United States Magistrate Judge [# 49], filed February 28, 2006, is **APPROVED AND ADOPTED** as an order of this court;

    2.  That the Trial Preparation Conference Order [#21], entered May 23, 2005, is

2

**AMENDED** to reflect that the deadline for the filing of Rule 702 motions shall be **August 30, 2006**; and

      3.  That the Trial Preparation Conference Order [#21], entered May 23, 2005, otherwise shall remain in full force and effect.

      Dated March 1, 2006, at Denver, Colorado.

      **BY THE COURT:**

      **s/ Robert E. Blackburn**
      **Robert E. Blackburn**
      **United States District Judge**