IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00375-REB-BNB

QWEST CORPORATION,

Plaintiff,

v.

AT&T CORP.
AT&T COMMUNICATIONS, INC.,
AT&T COMMUNICATIONS OF THE PACIFIC NORTHWEST, INC.,
AT&T COMMUNICATIONS OF THE MIDWEST, INC.,
AT&T COMMUNICATIONS OF THE MOUNTAIN STATES, INC., and
AT&T COMMUNICATIONS OF THE SOUTHWEST, INC.,

Defendants.

_____

**ORDER**
_____

This matter is before me on the parties' **Joint Motion to Amend Scheduling Order and Trial Preparation Conference Order** [Doc. # 66, filed 6/2/06] (the "Motion").  Through the Motion, the parties seek to extend the deadlines to designate experts; the expert discovery cut-off date; the date for filing Rule 702 motions; and the date of the pretrial conference.  The parties also seek leave to take the depositions of three fact witnesses beyond the fact discovery cut-off.  In considering the Motion, I am aware that the case is set for a final trial preparation conference on December 15, 2006, and is set for trial beginning January 8, 2007.

Good cause having been shown:

IT IS ORDERED that the Motion is GRANTED.  The case schedule is modified to the following extent:

**Fact Discovery Cut-Off:**          **September 28, 2006,** solely to allow the parties to take an additional three depositions per side

**Expert Discovery Cut-Off:**          **September 28, 2006**

**Expert Disclosures:**

**(a)**     The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 28, 2006**

**(b)**     The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 28, 2006**

**Deadline for Filing Rule 702 Motions:**     **October 3, 2006**[1]

**Final Pretrial Conference:**   The final pretrial conference set for September 6, 2006, at 9:00 a.m., is VACATED and RESET to **October 16, 2006, at 8:30 a.m.**   A proposed final pretrial order shall be prepared by the parties and submitted to the court no later than **October 9, 2006**.

NO FURTHER EXTENSIONS WILL BE GRANTED.

Dated June 14, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

---

[1]The district judge has consented to this extension.