**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00375-REB-BNB

QWEST CORPORATION,

     Plaintiff,

v.

AT&T CORP.,
AT&T COMMUNICATIONS, INC.,
AT&T COMMUNICATIONS OF THE PACIFIC NORTHWEST, INC.,
AT&T COMMUNICATIONS OF THE MIDWEST, INC.,
AT&T COMMUNICATIONS OF THE MOUNTAIN STATES, INC., and
AT&T COMMUNICATIONS OF THE SOUTHWEST, INC.,

     Defendants.

---

MINUTE ORDER[1]

---

     AT&T's Motion for Leave to File Summary Judgment Motion in Excess of 20 Pages [#90], filed June 29, 2006, is GRANTED.  AT&T's motion for summary judgment shall not exceed **25** pages.

Dated:  July 5, 2006

---------------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.