**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00375-REB-BNB

QWEST CORPORATION,

    Plaintiff,

v.

AT&T CORP.,
AT&T COMMUNICATIONS, INC.,
AT&T COMMUNICATIONS OF THE PACIFIC NORTHWEST, INC.,
AT&T COMMUNICATIONS OF THE MIDWEST, INC.,
AT&T COMMUNICATIONS OF THE MOUNTAIN STATES, INC., and
AT&T COMMUNICATIONS OF THE SOUTHWEST, INC.,

    Defendants.

---

### MINUTE ORDER[1]

---

    Qwest's Unopposed Motion for Leave to File Response to AT&T's Motion for Partial Summary Judgment in Excess of 20 Pages [#105], filed August 11, 2006, is GRANTED. Qwest may have five (5) additional pages to their response to the motion for partial summary judgment.

Dated: August 11, 2006

-------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.