**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00375-REB-BNB

QWEST CORPORATION,

    Plaintiff,

v.

AT&T CORP.,
AT&T COMMUNICATIONS, INC.,
AT&T COMMUNICATIONS OF THE PACIFIC NORTHWEST, INC.,
AT&T COMMUNICATIONS OF THE MIDWEST, INC.,
AT&T COMMUNICATIONS OF THE MOUNTAIN STATES, INC., and
AT&T COMMUNICATIONS OF THE SOUTHWEST, INC.,

    Defendants.

---

### MINUTE ORDER[1]

---

    Qwest's Unopposed Motion to Substitute Brief in Opposition to AT&T's Motion for Partial Summary Judgment [#113], filed August 22, 2006, is GRANTED, and Qwest's (Revised) Opposition to AT&T's Motion for Partial Summary Judgment [#113-2] is accepted for filing.

Dated: August 23, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.