**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00375-REB-BNB

QWEST CORPORATION,

    Plaintiff,

v.

AT&T CORP.,
AT&T COMMUNICATIONS, INC.,
AT&T COMMUNICATIONS OF THE PACIFIC NORTHWEST, INC.,
AT&T COMMUNICATIONS OF THE MIDWEST, INC.,
AT&T COMMUNICATIONS OF THE MOUNTAIN STATES, INC., and
AT&T COMMUNICATIONS OF THE SOUTHWEST, INC.,

    Defendants.

**ORDER RE: JOINT MOTION TO STAY**

**Blackburn, J.**

    The matter before me is the parties' **Joint Motion to Stay Summary Judgment and Trial Proceedings Pending Appellate Rulings** [#128], filed September 13, 2006. I grant the motion to stay the trial proceedings, but dismiss the pending summary judgment motions without prejudice.

    By this motion, the parties represent that appeals currently pending before the U.S. Court of Appeals for the Tenth Circuit and the U.S. Court of Appeals for the District of Columbia Circuit in other cases may substantially narrow or otherwise alter the landscape of this lawsuit, perhaps even obviating entirely the need for a trial. I agree that it makes sense to stay trial proceedings in this matter until such time as those appeals are resolved.

However, given the parties' representations as to how drastically a resolution of the pending appeals might change the complexion of this lawsuit, it would make little sense simply to stay any ruling on the pending motions for partial summary judgment. The outcomes of the pending appeals may well moot those motions in whole or in part. I therefore find it more prudent to simply deny the pending summary judgment motions without prejudice to refile if and when the stay is lifted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Joint Motion to Stay Summary Judgment and Trial Proceedings Pending Appellate Rulings** [#128], filed September 13, 2006, is **GRANTED**;

2. That the Trial Preparation Conference, currently scheduled for December 15, 2006, at 9:30 a.m., as well as the trial, currently scheduled to commence on January 8, 2007, are **VACATED** and **CONTINUED** without date;

3. That **AT&T's Amended Motion for Partial Summary Judgment** [#98], filed July 5, 2006, is **DENIED WITHOUT PREJUDICE**;

4. That **Plaintiff's Motion for Partial Summary Judgment and Opening Brief in Support** [#99], filed July 5, 2006, is **DENIED WITHOUT PREJUDICE**;

5. That this case is **STAYED** until further order of this court; and

6. That within **eleven (11)** days of the issuance of any mandate or final order in either of the above-described appeals, the parties **SHALL FILE** a status report advising whether the stay should be lifted or other action taken at that time.

Dated September 14, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**