**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00375-REB-BNB

QWEST CORPORATION,

      Plaintiff,

v.

AT&T CORP.,
AT&T COMMUNICATIONS, INC.,
AT&T COMMUNICATIONS OF THE PACIFIC NORTHWEST, INC.,
AT&T COMMUNICATIONS OF THE MIDWEST, INC.,
AT&T COMMUNICATIONS OF THE MOUNTAIN STATES, INC., and
AT&T COMMUNICATIONS OF THE SOUTHWEST, INC.,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation for Dismissal** [#133], filed July 11, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal** [#133], filed July 11, 2007, is **APPROVED**; and

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 16, 2007, at Denver, Colorado.

                **BY THE COURT:**

                **s/ Robert E. Blackburn**
                **Robert E. Blackburn**
                **United States District Judge**